IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:10CR095 |
| PLAINTIFF, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| PAUL ZAHN, JR. | : | |
| DEFENDANT. | : | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the Motion For Destruction of Evidence filed on September 13, 2012 (Doc. 27) is granted, and the following evidence shall be destroyed:

- Connecticut Valley Arms Rifle, .50 Caliber, SN: 61-13-032070-97, Black Powder, Stag Horn 32 Twist, Made in Spain, 700KP/CM2;

- Stevens Model 76 Rivle, .22 Caliber, Long Rifle, "with no serial number, Stevens Savage Arms Corp., Chicopee Falls, MA. USA. Patent #2094577; and

- Browning Pistol, .22 Caliber, Long Rifle, SN: 515NN05185, Buck Mark, Trigger Gole in Color, Made in USA, Browning Arms Company, Morgan Utah & Montreal P.O. Canada (Magazine Split - E4212337).

Dated: 9-14-12                    SO ORDERED:

                                  _____
                                  HONORABLE WALTER HERBERT RICE
                                  UNITED STATES DISTRICT JUDGE