IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:10-CR-095 |
| Paul Zahn, Jr. | ) | |
| | ) | |

## ORDER TERMINATING PROBATION

The above named was placed on Probation on 10/22/2010 for a period of 3 years. Based on the recommendation of the U.S. Probation Officer, and for good cause shown, it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 25th day of march, 2013

Walter Herbert Rice
United States District Court Judge